UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 3:89-CR-00052-2H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| DANIEL PAUL PUTCHACONIS | ) | |

It now appearing to the court that the said Daniel Paul Putchaconis died on or about June 17, 2006. At which time a remaining liability existed in the amount of $3,610.00

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 26th day of July, 2011

_____
Malcolm J. Howard
Senior U.S. District Judge